IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JONATHAN VANLOAN**     Plaintiff, | : : : | |
| v. | : : | **CIVIL ACTION NO. 21-CV-5536** |
| **NATION OF ISLAM**, *et al.*     Defendants. | : : | |

## ORDER

AND NOW, this 12th day of January, 2022, upon consideration of Plaintiff Jonathan VanLoan's *pro se* Complaint (ECF No. 1) it is **ORDERED** that:

1. The Complaint is **DISMISSED WITH PREJUDICE** as malicious for the reasons in the Court's Memorandum.

2. The Court certifies that any appeal from this Order is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

3. The Clerk of Court is directed to **TERMINATE** this case.

BY THE COURT:

/S/WENDY BEETLESTONE, J.

_____
**WENDY BEETLESTONE, J.**